190 So.2d 232

**Leonard J. BREAUX and Sam Landry**

v.

**CO–OPERATIVE COLD STORAGE BUILDERS. INC.**

No. 48319.

Oct. 5, 1966.

In re: Co-Operative Cold Storage Builders, Inc., applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Assumption. 187 So.2d 1.

The application is denied. According to the facts of the case, as found to be by the Court of Appeal, there appears no error of law in the judgment complained of.

190 So.2d 232

**Succession of W. J. (Wallie) KEUHLING. Gerald J. KEUHLING et al.**

v.

**Neida MEYERS.**

No. 48320.

Oct. 5, 1966.

In re: Gerald Keuhling et al. applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Vermilion. 187 So.2d 520.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.